UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL ANN LEE,<br><br>           Plaintiff,<br><br>           v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>           Defendant. | Case No. CV 17-5616 JC<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: March 30, 2018

                                                      /s/_____
                                     Honorable Jacqueline Chooljian
                                     UNITED STATES MAGISTRATE JUDGE